IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RILEY MORGAN**                                                                **PLAINTIFF**

V.                                              **NO. 3:24-CV-124-DMB-RP**

**SIPP LLC**                                                             **DEFENDANT**

**ORDER**

On November 25, 2024, the parties, representing that they settled this case, jointly moved to dismiss this case with prejudice and for the Court to retain jurisdiction to enforce the settlement agreement.[1] Doc. #13 at 1.

Based on the settlement, the joint motion [13] is **GRANTED**. Riley Morgan's claims against Sipp LLC are dismissed with prejudice, with the parties bearing their own respective attorney fees, expenses, and costs. The Court retains jurisdiction to enforce the settlement agreement. A final judgment will be issued.

**SO ORDERED**, this 26th day of November, 2024.

                                                                    /s/Debra M. Brown
                                                                    **UNITED STATES DISTRICT JUDGE**

---

[1] The motion references a proposed agreed order submitted to the Court. Doc. #13 at 1. Though not mentioned in the motion, the proposed agreed order specifies the parties are to bear their own attorney fees, expenses, and costs.