IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

**RILEY MORGAN**                                                                    **PLAINTIFF**

**V.**                                                         **NO. 3:24-CV-124-DMB-RP**

**SIPP LLC**                                                       **DEFENDANT**

## FINAL JUDGMENT

In accordance with the order issued this date, this case is dismissed with prejudice.

**SO ORDERED**, this 26th day of November, 2024.

                                                      **/s/Debra M. Brown**
                                                      **UNITED STATES DISTRICT JUDGE**